**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Production Pattern and Foundry Co., Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0078693** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10 PPF Way** <br> **Moundhouse, NV 89706** <br> Number, Street, City, State & ZIP Code | **P.O. Box 22360** <br> **Carson City, NV 89721** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lyon** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.ppfco.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Production Pattern and Foundry Co., Inc.**                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3313__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Production Pattern and Foundry Co., Inc.**                                    Case number (*if known*) _____

_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Production Pattern and Foundry Co., Inc.**                                    Case number (*if known*) _____
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2017**
               MM / DD / YYYY

**X** **/s/ Arlene Cochran**                                    **Arlene Cochran**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Chris D. Nichols**                            Date    **September 20, 2017**
Signature of attorney for debtor                                 MM / DD / YYYY

**Chris D. Nichols**
Printed name

**Minden Lawyers, LLC**
Firm name

**990 Ironwood Drive, #300**
**Minden, NV 89423**
Number, Street, City, State & ZIP Code

Contact phone    **775-782-7171**    Email address    **pam@mindenlawyers.com**

**3123**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Production Pattern and Foundry Co., Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of the West P.O. Box 4025 Alameda, CA 94501-0425** | | **Credit Card Purchases** | | | | $20,611.43 |
| **Capital One Bank P.O. Box 60599 City of Industry, CA 91716-0599** | | **Credit Card Purchases** | | | | $20,286.51 |
| **Cass 2730 Peralta Street Oakland, CA 94607** | | **Judgement** | | | | $917,203.13 |
| **Castle Metals File 50249 Los Angeles, CA 90074** | | **Goods/Services** | | | | $13,396.65 |
| **CMTA-GMPP & Allied Worker Pension c/o Rich McClaskey 7180 Koll Center Parkway, Ste. 200 Pleasanton, CA 94566** | | **Pension Plan** | | | | $34,362.00 |
| **Custom Alloy Light Metals 13191 Crossroads Parkway City of Industry, CA 91746** | | **Goods/Services** | | | | $1,483,708.93 |
| **Federal Express P.O. Box 7221 Pasadena, CA 91109-7321** | | **Charge Account** | | | | $66,097.00 |
| **First National Bank of Omaha P.O. Box 2557 Omaha, NE 69103-2557** | | **Credit Card Purchases** | | | | $11,342.74 |

Debtor   **Production Pattern and Foundry Co., Inc.**                                    Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hometown Health 10315 Professional Circle Reno, NV 89521 | | Insurance Premium | | | | $51,617.13 |
| Horspool & Romine Mfg., Co., Inc. 5850 Marshall Street Oakland, CA 94608 | | Goods/Services | | | | $7,209.45 |
| Kacee Company 3570 Hiawatha Way Antelope, CA 95843 | | Note Payable | | | | $445,670.55 |
| Kacee Company 3570 Hiawatha Way Antelope, CA 95843 | | Goods/Services | | | | $351,122.93 |
| Lyon County Clerk & Treasurer 27 South Main Street Yerington, NV 89447 | | Goods/Services | | | | $10,648.00 |
| Magma Foundry Technologies, Inc. 10 N. Martingale Raod, Suite 425 Schaumburg, IL 60173 | | Goods/Services | | | | $9,132.38 |
| Mutual of Omaha P.O. Box 10321 Des Moines, IA 50306-0321 | | Credit Card Purchases | | | | $10,695.29 |
| PDM Steel Service Centers, Inc. P.O. Box 740973 Los Angeles, CA 90074-0973 | | Goods/Services | | | | $11,498.74 |
| Pilot  Thomas Logistics P.O. Box 677289 Dallas, TX 75267-7289 | | Goods/Services | | | | $8,614.17 |
| R.S. Hughes Company, Inc. 8120 Berry Ave.., Suite C Sacramento, CA 95828 | | Goods/Services | | | | $7,394.00 |
| Scott Sales Co. 6115 Maywood Avenue Huntington Park, CA 90255 | | Goods/Services | | | | $17,861.37 |

Debtor   **Production Pattern and Foundry Co., Inc.**                            Case number *(if known)*   _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southwest Credit Card P.O. Box 15153 Wilmington, DE 19886-5153** | | **Credit Card Purchases** | | | | **$33,254.58** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **Production Pattern and Foundry Co., Inc.**

Case No. _____

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Actual Fees/Costs** |
| Prior to the filing of this statement I have received | $ | 16,717.00 |
| Balance Due | $ | Unknown |

2.   The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
      **Negotiations with secured creditors, regular Chapter 11 administration and plan confirmation.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Adversary proceedings.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Date_

Chris D. Nichols
_Signature of Attorney_
**Minden Lawyers, LLC**
**990 Ironwood Drive, #300**
**Minden, NV 89423**
**775-782-7171  Fax: 775-782-3081**
**pam@mindenlawyers.com**
_Name of law firm_

# United States Bankruptcy Court
## District of Nevada

In re    **Production Pattern and Foundry Co., Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 20, 2017**

**/s/ Arlene Cochran**

**Arlene Cochran**/**President**
Signer/Title

PRODUCTION PATTERN AND FOUNDRY CO., INC.
P.O. BOX 22360
CARSON CITY, NV 89721

CHRIS D. NICHOLS
MINDEN LAWYERS, LLC
990 IRONWOOD DRIVE, #300
MINDEN, NV 89423

A-L SIERRA WELDING PRODUCTS, INC.
4443 HIGHWAY 50 EAST
CARSON CITY, NV 89701-1924

ACC BUSINESS
P.O. BOX 105306
ATLANTA, GA 30348-5306

ALL METALS PROCESSING COMPANY
3915 FAIRVIEW DRIVE #B
CARSON CITY, NV 89701

ALLSTREAM
P.O. BOX 2966
MILWAUKEE, WI 53201

ALLTIZER INC.
28 INDUSTRIAL PARKWAY
CARSON CITY, NV 89706

ALSCO
2535 E 5TH STREET
RENO, NV 89512

APPLIED INDUSTRIAL TECH
790E. GLENDALE AVE.
SPARKS, NV 89431

ARCBEST
12155 TRUCKEE CANYON COURT
SPARKS, NV 89434-6681

ARNTZ
320 INTERNATIONAL CIRCLE
SUMMERVILLE, SC 29483

BANK OF THE WEST
P.O. BOX 4025
ALAMEDA, CA 94501-0425

BANK OF THE WEST
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BANK OF THE WEST
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BANK OF THE WEST
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BANK OF THE WEST
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BANK OF THE WEST
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BONANZA PRODUCE
P.O. BOX 604
SPARKS, NV 89431

CALIFORNIA COLD SAW
1843 EAST STREET
CONCORD, CA 94520

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

CAPITAL CITY AUTO & TRUCK PARTS
1882 HIGHWAY 50 EAST
CARSON CITY, NV 89701

CAPITAL ONE BANK
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716-0599

CARSON CITY TREASURER
201 N. CARSON STREET #5
CARSON CITY, NV 89701

CASS
2730 PERALTA STREET
OAKLAND, CA 94607

CASTLE METALS
FILE 50249
LOS ANGELES, CA 90074

CELTIC LEASING CORP.
DEPT. #110295
CHICAGO, IL 60680

CMTA-GMPP & ALLIED WORKER PENSION
C/O RICH MCCLASKEY
7180 KOLL CENTER PARKWAY, STE. 200
PLEASANTON, CA 94566

CNCPROS INTERNATIONAL INC.
1582 E. BRAMBLE LANE
MERIDIAN, ID 83642

COMSTOCK PROPANE
36 MILES ROAD
CARSON CITY, NV 89706

CRYSTAL ICE
1345 WEST 4TH STREET
RENO, NV 89503-5106

CULLIGAN MANUFACTURING CO., INC.
50 EAST GREG STREET, SUITE 106
SPARKS, NV 89431

CUSTOM ALLOY LIGHT METALS
13191 CROSSROADS PARKWAY
CITY OF INDUSTRY, CA 91746

DMR DEVELOPMENT
61 INDUSTRIAL PARKWAY
CARSON CITY, NV 89706

EFAX CORPORATE
C/O J2 GLOBAL INC.
LOS ANGELES, CA 90051-6173

EMPIRE WASTE SYSTEMS
896 SOUTHWOOD BLVD., SUITE #1
INCLINE VILLAGE, NV 89451

ERNEST PACKAGING SOLUTIONS
360 LILLARD DRIVE
SPARKS, NV 89434

ESTES EXPRESS LINES
P.O. BOX 2561
RICHMOND, VA 23260

FASTENAL
P.O. BOX 1286
WINONA, MN 55987

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA 91109-7321

FEDEX
P.O. BOX 21415 DEPT. LA
PASADENA, CA 91185-1415

FIRST CHOICE SERVICES
7525 COLBERT DRIVE #104
RENO, NV 89511

FIRST NATIONAL BANK OF OMAHA
P.O. BOX 2557
OMAHA, NE 69103-2557

FLYERS
DEPT. #34516
SAN FRANCISCO, CA 94139-0010

GENOA STREET HOLDINGS LLC
P.O. BOX 1188
GENOA, NV 89411

GEORGE HALL
P.O. BOX 25269
ANAHEIM, CA 92825

GRAINGER
DEPT. 850182619
PALATINE, IL 60038-0001

HERSCHAL PRODUCTS, INC.
3778 TIMBERLAKE DRIVE
RICHFIELD, OH 44286

HOMETOWN HEALTH
10315 PROFESSIONAL CIRCLE
RENO, NV 89521

HORSPOOL & ROMINE MFG., CO., INC.
5850 MARSHALL STREET
OAKLAND, CA 94608

INDUSTRIAL HANDLING EQUIPMENT
846 SO. STANDFORD WAY
SPARKS, NV 89431

JLM INDUSTRIAL SUPPLY, INC.
955 SOUTH MCCARREN BLVD., SUITE 102
SPARKS, NV 89431

KACEE COMPANY
3570 HIAWATHA WAY
ANTELOPE, CA 95843

KACEE COMPANY
3570 HIAWATHA WAY
ANTELOPE, CA 95843

```
LES SCHWAB TIRE CENTER
3020 S. CARSON STREET
CARSON CITY, NV 89701

LOWES
P.O. BOX 530954
ATLANTA, GA 30353

LYON COUNTY CLERK & TREASURER
27 SOUTH MAIN STREET
YERINGTON, NV 89447

LYON COUNTY UTILITIES
P.O. BOX 1699
DAYTON, NV 89403

MAGMA FOUNDRY TECHNOLOGIES, INC.
10 N. MARTINGALE RAOD, SUITE 425
SCHAUMBURG, IL 60173

MALCOM G. STEVENS INC.
12 PROGRESS AVE
TYNGSBORO, MA 01879

MANPOWER
63 KEYSTONE AVE #202
RENO, NV 89503

MAUPIN, COX & LEGOY
P.O. BOX 30000
RENO, NV 89520

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690

MICHIGAL INDUSTRIAL PRODUCTTS
23RD 16TH STREET
PORT HURON, MI 48060

MOUND HOUSE HARDARE & STORAGE
10189 HIGHWAY 50 EAST
CARSON CITY, NV 89706

MSC INDUSTRIAL SUPPLY
P.O. BOX 953635
SAINT LOUIS, MO 63195-3635

MUTUAL OF OMAHA
P.O. BOX 10321
DES MOINES, IA 50306-0321

NEVADA ASSOC. OF EMPLOYERS
8725 TECHNOLOGY WAY, SUITE A
RENO, NV 89521
```

NEVADA OCCUPATIONAL HEALTH CENTER
P.O. BOX 21226
CARSON CITY, NV 89721

NEWEGG BUSNESS INC.
17560 ROWLAND STREET
ROWLAND HEIGHTS, CA 91748

OAK HARBOR FREIGHT LINES, INC.
P.O. BOX 1469
AUBURN, WA 98071-1469

OFFICE DEPOT
P.O. BOX 29248
PHOENIX, AZ 85038

OLD DOMINION FREIGHT LINE INC.
P.O. BOX 742296
LOS ANGELES, CA 90074-2296

OMEGA SONICS
333 E. EASY STREET SUITE A
SIMI VALLEY, CA 93065

OPTIMAS OE SOLUTIONS, LLC
2651 COMPASS ROAD
GLENVIEW, IL 60026

OSWALDO MENDOZA
1822 UNION STREET
SPARKS, NV 89434

PACKER TRANSPORTATION
280 EAST PARR BLVD.
RENO, NV 89512

PDM STEEL SERVICE CENTERS, INC.
P.O. BOX 740973
LOS ANGELES, CA 90074-0973

PENSYS, INC.
P.O. BOX 662018
SACRAMENTO, CA 95866-2018

PILOT  THOMAS LOGISTICS
P.O. BOX 677289
DALLAS, TX 75267-7289

POLYMERIC TECHNOLOGY INC.
1900 MARINA BLVD.
SAN LEANDRO, CA 94577

PORTER WARNER INDUSTRIES LLC
P.O. BOX 2159
CHATTANOOGA, TN 37409

PREFERRED TRUCK LEASING
P.O. BOX 50610
SPARKS, NV 89435

QUALITY LIAISON
131 MAPLE ROW BLVD., SUITE E500
HENDERSONVILLE, TN 37075

R&E FASTENERS
P.O. BOX 5120
SPARKS, NV 89432-5120

R.S. HUGHES COMPANY, INC.
8120 BERRY AVE.., SUITE C
SACRAMENTO, CA 95828

RAGO AND SON INC.
1029 51ST AVE.
OAKLAND, CA 94601

RAY MORGAN AND SONS
3103 ESPLANDE
CHICO, CA 95973

RENO FORKLIFT
P.O. BOX 50009
SPARKS, NV 89435

ROBERT LAMBERT
PRODUCTION PATTERN SHOP
500 OAK VIEW TERRACE
DANVILLE, CA 94526

SC INDUSTRIAL
8720 UTICA AVE.
RANCHO CUCAMONGA, CA 91730

SCOTT SALES CO.
6115 MAYWOOD AVENUE
HUNTINGTON PARK, CA 90255

SHERWIN-WILLIMAS CO.
1033 MONTAGUE STREET
SAN LEANDRO, CA 94577

SHRED-IT USA
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

SIERRA PALLET LLC
400 WESTERN ROAD
RENO, NV 89506

SOUTHWEST CREDIT CARD
P.O. BOX 15153
WILMINGTON, DE 19886-5153

STAPLES ADVANTAGE
DEPT LA
P.O. BOX 83689
CHICAGO, IL 60696-3689

STEPHEN BADER CO.
10 CHARLES STREET
VALLEY FALLS, NY 12185

STEVE COCHRAN
10 PPF WAY
MOUNDHOUSE, NV 89706

STEVE COCHRAN
10 PPF WAY
MOUNDHOUSE, NV 89706

TENNANT COMPANY
P.O. BOX 71414
CHICAGO, IL 60694

THERMTRONIX CORP.
P.O. BOX 100
ADELANTO, CA 92301-0100

TOYOTA INDUSTRIES COMM. FINANCE
DEPT. 2431
CAROL STREAM, IL 60132-2431

TOYOTA MATERIAL HANDLING
RJMS CORP.
P. O. BOX 398526
SAN FRANCISCO, CA 94139-8526

ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

UPS CHAIN SOLUTIONS
28013 NEWORK PLACE
CHICAGO, IL 60673

UPS DELIVERY SERVICES
P.O. BOX 894820
LOS ANGELES, CA 90189-4820

VINEBURG MACHINGING INC.
26 STOKES DRIVE
CARSON CITY, NV 89706

```
WEDCO
P.O. BOX 1131
RENO, NV 89504

WELLS FARGO FINANCIAL LEASING
P.O. BOX 10306
DES MOINES, IA 50306-0306

WESTERN TOOL & SUPPLY CO.
P.O. BOX 2420
LIVERMORE, CA 94551

WILLIAM VONNGUT
207 GOLD CREEK ROAD
DAYTON, NV 89403

XPOLOGISTICS
27724 NETWORK PLACE
CHICAGO, IL 60673-1277
```

# United States Bankruptcy Court
## District of Nevada

In re   **Production Pattern and Foundry Co., Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Production Pattern and Foundry Co., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 20, 2017**

Date

**/s/ Chris D. Nichols**

**Chris D. Nichols**

Signature of Attorney or Litigant

Counsel for   **Production Pattern and Foundry Co., Inc.**

**Minden Lawyers, LLC**
**990 Ironwood Drive, #300**
**Minden, NV 89423**
**775-782-7171 Fax:775-782-3081**
**pam@mindenlawyers.com**

## United States Bankruptcy Court
### District of Nevada

In re  **Production Pattern and Foundry Co., Inc.**

Debtor(s)

Case No. _____

Chapter  **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Arlene Cochran**, declare under penalty of perjury that I am the **President** of  **Production Pattern and Foundry Co., Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **16th** day of **August** , 2017_ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Arlene Cochran**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Arlene Cochran**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Arlene Cochran**, **President** of this Corporation is authorized and directed to employ **Chris D. Nichols**, attorney and the law firm of **Minden Lawyers, LLC** to represent the corporation in such bankruptcy case."

Date  August 16, 2017

Signed  **/s/ Arlene Cochran**

**Arlene Cochran**

Resolution of Board of Directors
of
**Production Pattern and Foundry Co., Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Arlene Cochran, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Arlene Cochran, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Arlene Cochran, President** of this Corporation is authorized and directed to employ **Chris D. Nichols**, attorney and the law firm of **Minden Lawyers, LLC** to represent the corporation in such bankruptcy case.

Date  August 16, 2017                      Signed  **/s/ Arlene Cochran**
                                                   **Arlene Cochran**

Date  _____            Signed  _____